IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
DIVISION

| | |
|---|---|
| Aimee Maddonna,<br><br>    Plaintiff,<br><br>v.<br><br>United States Department of Health and Human Services; Alex M Azar, II, *in his official capacity as Secretary of the United States Department of Health and Human Services*; Administration for Children and Families, *United States Department of Health and Human Services*; Lynn Johnson, *in her official capacity as Assistant Secretary of the Administration for Children and Families*; Henry McMaster, *in his official capacity as Governor of the State of South Carolina*; Michael Leach, *in his official capacity as State Director for the South Carolina Department of Social Services*,<br>    Defendants. | Civil Action No.: 6:19-cv-3551-TMC<br><br>**CONSENT AMENDED<br>SCHEDULING ORDER** |

  Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the following schedule is amended for this case.

1. The Court has been advised that a conference of the parties pursuant to Fed. R. Civ. P. 26(f) ("Rule 26(f) conference") was held on <u>Monday, September 14, 2020</u>, which was 20 days from the date of the original conference and scheduling order. At the conference the parties conferred concerning all matters set forth in Fed. R. Civ. P. 26(f) and determined the schedule set forth in the Court's original order should be amended by consent.

2. The Court has further been advised that, pursuant to Fed. R. Civ. P. 26(a)(1), the parties have agreed and stipulated that the information provided for inclusion in the Joint 26(f) Report pursuant to Local Civil Rule 26.03 shall satisfy the parties' initial disclosure obligations under Rule 26(a)(1).

3. No later than <u>September 28, 2020</u>, which is fourteen (14) days after the Rule 26(f) conference was held, the parties shall file a Rule 26(f) Report using the form from the court's website. With this Report, counsel for each party shall file and serve a statement certifying that counsel has (1) discussed the availability of mediation with the party; (2)

1

discussed the advisability and timing of mediation with opposing counsel; and advise the court whether the parties agree to mediation. Parties are hereby notified that Local Civil Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report. **Joint 26(f) Report, Joint LR 26.03s and ADR Statement/Certifications filed September 28, 2020.**

4. Motions to join other parties and amend the pleadings (Fed. R. Civ. P. 16(b)(3)(A)) shall be filed no later than **January 8, 2021.**

5. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **February 8, 2021** (Fed. R. Civ. P. 26(a)(2)).[1]

6. Defendants shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **March 9, 2021** (Fed. R. Civ. P. 26(a)(2)).

7. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **March 9, 2021**.  Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8. Discovery shall be completed no later than **April 9, 2021**.  Discovery shall be deemed completed within this time only if discovery is initiated at such time as to afford the responding party the full time provided under the applicable rule of the Federal Rules of Civil Procedure in which to respond prior to the discovery completion date noted in this paragraph.

   **(The parties may, with the consent of all counsel, conduct discovery up to the time of trial, provided the deadlines in this order are not affected and at their own risk.)**

---

[1] Concurrent with the identification of each expert and subject matter, each party shall serve (but not file): 1) a complete copy of the most current curriculum vitae of each expert or a detailed summary of his qualifications to testify on each identified subject; 2)(a) a complete statement of all opinions to be expressed by each expert and the basis and reasons therefor; (b) the data and other information considered by the expert in forming the opinions, (c) any exhibits to be used as a summary of or support for the opinions, and (d) citations of any treatise, text or other authority upon which each expert especially relied; and 3) a copy of each expert's report if a report has been prepared.

9. Mediation shall be completed in this case on or before **February 16, 2021**. See Judge Cain's Mediation Order filed on August 25, 2020 for mediation requirements [ECF Doc. 49].

10. All other motions, except (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, shall be filed no later than **April 23, 2021** (Fed. R. Civ. P. 16(b)(2)).

11. This case is subject to being called for trial the later of sixty (60) days after dispositive motions have been resolved or on or after **August 2, 2021**. Once a specific jury selection and trial date are scheduled, a NOTICE will be issued at that time. The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs and marking of exhibits.

    **A request for a continuance of the trial date must be agreed to and signed by the party and his attorney requesting and/or consenting to the continuance.**

    **The court directs the parties' attention to Local Rule 7.00 which governs motion practice. Hearings on motions are not automatic. The court may decide motions without a hearing. If a party opposes a motion which has been filed, that party must file a response to the opposed motion within fourteen (14) days of the date the motion was filed. If no such response in opposition is filed, the court will assume that the party consents to the court's granting the motion.**

    **Any motions pending on the date of the Bar Meeting *will be heard at the Bar Meeting* and you should be prepared to argue them at that time.**

    **<u>NOTICE:  You are expected to be available for trial of this case during the month of August 2021  unless the court notifies you of a later date.  If you presently have a conflict during the month of August 2021, notify the court in writing within seven (7) days of the date of this order.  You will not be excused without leave of court</u>.**

                                                             <u>s/Timothy M. Cain</u>
                                                             Honorable Timothy M. Cain
                                                             United States District Judge

September 29, 2020
Anderson, South Carolina

3