IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| AIMEE MADDONNA,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES et al.,<br><br>  Defendants. | Civil Action No. 6:19-cv-3551-JD |

**FEDERAL DEFENDANTS' NOTICE OF FILING
A CERTIFIED ADMINISTRATIVE RECORD**

  The Federal Defendants hereby file the certified administrative record in the above-captioned case along with an index and certification of the record.

Dated: November 21, 2022      Respectfully submitted,

                 BRIAN M. BOYNTON
                 Principal Deputy Assistant Attorney General
                 Civil Division

                 ADAIR FORD BOROUGHS
                 United States Attorney
                 District of South Carolina


                 *s/Christie V. Newman*
                 CHRISTIE V. NEWMAN
                 (#5473)
                 Assistant United States Attorney
                 1441 Main St., Ste. 500
                 Columbia, SC 29201
                 Phone: (803) 929-3021
                 E-mail: christie.newman@usdoj.gov

MICHELLE BENNETT
Assistant Branch Director
Civil Division, Federal Programs Branch
JAMES RYAN POWERS
BENJAMIN T. TAKEMOTO
(admitted *pro hac vice*)
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*