**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| AIMEE MADDONNA,                       )<br>                    Plaintiff,    )<br>                                                )<br>v.                                              )<br>                                                )<br>UNITED STATES DEPARTMENT OF  )<br>HEALTH AND HUMAN SERVICES, *et* )<br>*al.*,                                           )<br>                    Defendants.  )<br>                                                ) | **Civil Action No. 6:19-cv-03551-JD** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Aimee Maddonna through her undersigned counsel moves this Court to grant summary judgment in favor of Plaintiff against all Defendants in the above-captioned action and

(1) declare that Governor McMaster's Executive Order No. 2018-12 violates the Establishment Clause of the First Amendment to the U.S. Constitution;

(2) issue a permanent injunction enjoining State Defendants from enforcing Executive Order No. 2018-12;

(3) declare that the Federal Defendants' Notice of Nonenforcement, published in 84 Fed. Reg. at 63,809 (Nov. 19, 2019), violates the Administrative Procedure Act;

(4) vacate the HHS Notice of Nonenforcement; and

(5) enter such other relief as the Court may deem just or appropriate.

This Motion is based on the accompanying Memorandum of Law in Support of Motion for Summary Judgment, the accompanying Statement of Undisputed Material Facts, and the accompanying declarations and exhibits.

Greenville, South Carolina
November 21, 2022.

                              s/    *Aaron J. Kozloski*
                                Aaron J. Kozloski (D.S.C. Bar No. 9510)

CAPITOL COUNSEL, LLC
P.O. Box 1996
Lexington, SC 29071-1996
Tel: (803) 465-1400
Fax: (888) 513-6021
*aaron@capitolcounsel.us*

Richard B. Katskee (admitted *pro hac vice*)
Kenneth D. Upton, Jr. (admitted *pro hac vice*)
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: (202) 466-3234
Fax: (202) 466-3353
*katskee@au.org*
*upton@au.org*

*Counsel for Plaintiff Aimee Maddonna*